IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROUGVIE, et al. | : CIVIL ACTION |
| vs. | : |
| | : NO. 15-724 |
| ASCENA RETAIL GROUP, INC., et al. | : |

## ORDER

**AND NOW**, this 2nd day of June 2015, upon consideration of Plaintiffs' Motion to Appoint Interim Co-Lead Class Counsel (ECF Doc. No. 41) and following discussion during today's Rule 16 Conference, it is **ORDERED** Plaintiffs' Motion is **DENIED without prejudice** for renewal if necessary.

KEARNEY, J.