IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELINDA MEHIGAN, et al.** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | **NO. 15-724** |
| **ASCENA RETAIL GROUP, INC., et al.** | : | |

## ORDER

**AND NOW**, this 17th day of September 2015, upon consideration of Plaintiffs' Motion for Approval to Exceed Page Limit (ECF Doc. No. 61), it is **ORDERED** the Motion (ECF Doc. No. 61) is **GRANTED.** Plaintiffs may file a Memorandum in Support of a Joint Motion for Order of Preliminary Approval of Settlement not to exceed twenty-five (25) pages in length.

_____
**KEARNEY, J.**