IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carol Rougvie, et al., | CLASS ACTION |
| vs. | No. 15-724 |
| Ascena Retail Group, Inc., et al. | |

**PLAINTIFFS' AND DEFENDANTS' JOINT MOTION FOR ORDER OF PRELIMINARY APPROVAL OF SETTLEMENT, PRELIMINARY CERTIFICATION OF THE CLASS, APPOINTMENT OF CLASS COUNSEL, APPROVAL OF NOTICE TO THE CLASS, AND SCHEDULING OF HEARING ON FINAL APPROVAL**

Pursuant to Federal Rule of Civil Procedure 23 and for the reasons set forth in the Memorandum of Law submitted by Plaintiffs Carol Rougvie, Marguerite Sinkler Gilder, Caroline Mansour, Melinda Mehigan, Fonda Kubiak, Carol Cowhey, Kara Bell, and Tiffany Bolton ("Plaintiffs"), filed contemporaneously herewith, Plaintiffs and Defendants Tween Brands, Inc., d/b/a Justice and Ascena Retail Group, Inc. hereby jointly request preliminary approval of the nationwide class action settlement, reflected in the Settlement Agreement attached to Plaintiff's Memorandum of Law as Exhibit A and for entry of the accompanying [Proposed] Preliminary Approval Order.

WHEREFORE, pursuant to Federal Rule of Civil Procedure 23, Plaintiffs' Motion for this relief, as set forth in the proposed order, should be GRANTED.

Dated: September 24, 2015

BY: */s/ Kevin E. Raphael*
William Pietragallo, II, Esquire
Kevin E. Raphael, Esquire
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street
Suite 3402
Philadelphia, PA 19103
Tel: 215.320.6200
WP@pietragallo.com
KR@pietragallo.com

-and-

MANSOUR GAVIN LPA
Ernest Mansour, Esquire
Anthony Coyne, Esquire
Brendon P. Friesen, Esquire
emansour@mggmlpa.com
acoyne@mggmlpa.com
bfriesen@mggmlpa.com
1001 Lakeside Avenue, Suite 1400
Cleveland, OH 44114
(216) 523.1500

Edward J. Westlow, Esquire
EJW@Whitehall1756.us
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219-3532
(804) 780-0305

-and-

Robert Mansour, Esquire
23611 Chagrin Blvd., Suite 270
Beachwood, Ohio 44122
(216) 514.3127
Rmansour@competitivetitle.com

*Attorneys for Plaintiffs*

Respectfully submitted,

BY: */s/ Gregory T. Parks*
Gregory T. Parks, Esquire
Ezra D. Church, Esquire
Christopher J. Mannion, Esquire
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: 215.963.5000
Facsimile: 215.963.5001
gparks@morganlewis.com
echurch@morganlewis.com
cmannion@morganlewis.com

*Counsel for Defendants*