## CERTIFICATE OF SERVICE

This is to certify that on September 24, 2015, true and correct copies of the foregoing Motion, and the accompanying Memorandum of Law and the exhibits thereto, as well as the Proposed Order, were electronically filed and served on the following via the Court's electronic filing system as well as First Class U.S. Mail:

Gregory T. Parks
Ezra D. Church
Christopher J. Mannion
Morgan Lewis & Bockius
gparks@morganlewis.com
echurch@morganlewis.com
cmannion@morganlewis.com
1701 Market St.
Philadelphia, PA 19103-2921
(215) 963-5000
*Attorneys for Defendants*

Daniel Goetz
Eric Kennedy
Weisman, Kennedy, & Berris, CO., LPA
101 W. Prospect Ave. Midland Building Suite 1600
Cleveland, OH 44115
(216) 781-6747

Gerard McCabe
Mitts Law, LLC
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0110
*Attorneys for Traynor-Lufkin Plaintiffs*

By: */s/ Kevin E. Raphael*
KEVIN E. RAPHAEL, ESQ.
I.D. No. 72673
1818 Market Street, Suite 3402
Philadelphia, PA 19103
(215) 320-6200

*Attorney for Plaintiffs*

3017989v1