IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELINDA MEHIGAN, et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 15-724 |
| ASCENA RETAIL GROUP, INC., et al. | : | |

## ORDER

**AND NOW**, this 16th day of March 2016, upon consideration of Plaintiffs' uncontested Motion to exceed page limits (ECF Doc. No. 96), it is **ORDERED** Plaintiffs' uncontested Motion (ECF Doc. No. 96) is **GRANTED** and Plaintiffs' Memorandum in support of the joint Motion for final approval of settlement may not exceed thirty (30) pages and Memorandum in support of their award for attorney's fees, expenses and Incentive Payments may not exceed thirty (30) pages.

KEARNEY, J.