IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA MEHIGAN, et al. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 15-724 |
| ASCENA RETAIL GROUP, INC., et al. | : |

## ORDER

AND NOW, this 15th day of April 2016, it is ORDERED the Motion of Christopher Todd Cain, Esquire (ECF Doc. No. 109) to practice in this Court under Local Rule of Civil Procedure 83.5.2(b) is DENIED WITHOUT PREJUDICE with allowance to file a new motion in compliance with this Court's Policies and Procedures (April 2016).

KEARNEY, J.