IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROUGUIE, et al. ) | |
| ) | CIVIL ACTION NO. 15-724 |
| vs ) | |
| ) | FILED |
| ) | |
| ASCENA RETAIL GROUP, INC., et al ) | APR 1 5 2016 |
| ) | |

**OBJECTION OF PAMELA A. SWEENEY AND NOTICE OF INTENT NOT TO APPEAR AT FAIRNESS HEARING**

---

My name is Pamela Sweeney and I reside at 2590 Richardson Street. Madison, Wisconsin, 53711 ("Objector").

My email pam.sweeney1@gmail.com and my phone number is <u>424-299-4383</u>. I appear in the action Pro Se (without counsel). My access code is 3346968989873.

I am a member of the class as I made many purchases totaling thousands of dollars during the time period January1st 2012 through February 28 2015. I also received hundreds of emails from Justice in this time period. I shopped at Justice located at Greenway Station, 1650 Deming Way, Middleton Wisconsin. 53562 and Justice located at 66 West Towne Mall, Madison, Wisconsin 53719.

My Confirmation Claim code is FYZYQUOK

I object to the 15,000,000.00 fee which they claim is 29.5% of the gross settlement fund. When combining cash and vouchers it is clear that vouchers are only really worth pennies on the dollar. Therefore the fee being requested is a far greater value given this fact that is stated. This becomes a huge windfall for the attorneys and a clever way of paying out way less to class members and stating what a great amount they achieved for the class.

The fee calculation is unfair in that the percentage of the settlement amount is far too high (it is stated in the Notice that it is 29.5%, which is high, but if the

Case 2:15-cv-00724-MAK   Document 116   Filed 04/15/16   Page 2 of 3

percent is arrived at by using monies actually awarded class members the percentage is even higher).

The Objector hereby states that, of the 100 Docket Entries on PACER, very few entries were substantive in nature (really only the Complaints and Answer are substantive in nature thereafter the Motion for Preliminary Approval is filed (Approximately 8 months!). The remaining entries were mostly procedural in nature. 100 Docket entries is so nominal in the universe of hard fought litigation that the entire fairness of the fee must be called into question. 100 Docket Entries computes to an unfathomable $150,000 per Docket entry that.

I object to how the remainder of THE funds would be used. It was stated that after claims, expenses, fee awards and Incentive awards that if any funds remained those funds shall be reverted back to Justice. I suggest that if any funds are remaining that those funds go to help children. Specifically, donate those funds to a Children's Hospital.

I DO NOT intend to appear at the Final Approval Hearing.

## CONCLUSION

**WHEREFORE**, This Objector, for the foregoing reasons, respectfully requests that the Court, upon proper hearing:

1. Sustain these Objections;
2. Enter such Orders as are necessary and just to adjudicate these Objections and to alleviate the inherent unfairness, inadequacies and unreasonableness of the proposed settlement.
3. Award an incentive fee to this Objector for her role in improving the Settlement, if applicable.

Respectfully submitted by:

*Pamela A. Sweeney*
Pamela A. Sweeney, Pro Se
2590 Richardson Street
Madison, WI 53711
Phone: 424-299-4383.
Email: pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 13, 2016, I caused to be filed the foregoing with the Clerk of the Court of the United States District Court for the Eastern District of Pennsylvania and the Counsel as listed in the Notice of Settlement by sending this document via U.S. First Class Overnight Mail Delivery at the addresses provided in the Notice.

*[signature]*
Pamela A. Sweeney, Pro Se