Beth Yoes
4615 Littlefield
Beaumont, Texas 77706
(409) 656-0189

Gregory T. Parks
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Room 2609
Philadelphia, PA  19106

Justice Class Action Objections
P.O. Box 3240
Portland, OR 97208-3240

PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP
1818 Market Street
Ste 3402
Philadelphia, PA  19103

MANSOUR GAVIN LPA
1001 Lakeside Avenue
Ste 1400
Cleveland, OH  44114

April 15, 2016

Re: Objection to Justice Class Action Settlement, Case No.: 15-724

To whom it may concern,

    I object to Justice Class Action Settlement.  I am Beth Yoes and my address is 4615 Littlefield Street at Beaumont, TX 7706-7727.  My code number is 9094796247280.

1

Justice duped customers like me with their false pricing. I want to know how much the total value of the case is worth if it went to trial. I can't agree to the settlement until I have some idea of what the case could be worth. I don't want vouchers; I want a better settlement.

I object to the $15 million attorney fees. That amount is excessive when I am getting vouchers.

Sincerely,

Beth Yoes

STATE OF TEXAS  §
　　　　　　　　 §
COUNTY OF JEFFERSON §

I, Beth Yoes, having been duly sworn, hereby state on oath that the statement is a true and complete statement to her knowledge.



Beth Yoes

JILL R. PIAZZA