### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE *et al.*, | Case No. 2:15-cv-00724-MAK |
| Plaintiffs, | |
| v. | **NOTICE OF FILING OF AMENDED OBJECTION BRIEF BY ROBERT GALLAGHER, REBECCA JOINER, ANDREA KALLAY, DAVID LEGENDRE, YANETSY LOOR, DIANA AMAYA, TERRI HOLCOMB, DORLENE GOLDMAN AND EMILY MOHR TO CLASS SETTLEMENT IN *ROUGVIE ET AL. v. ASCENA RETAIL GROUP, INC., ET AL.*** |
| ASCENA RETAIL GROUP, INC., *et al.*, | |
| Defendants. | |

Objectors Robert Gallagher, Rebecca Joiner, Andrea Kallay, David Legendre, Yanetsy Loor, Diana Amaya, Terri Holcomb, Dorlene Goldman and Emily Mohr (collectively, "Objectors") hereby file an amended objection brief because the objection brief that was filed with the Court (Doc. No. 112) is not an exact copy of the objection brief that had been forwarded to the Settlement Administrator. The differences between the two (2) briefs are not substantive but rather reflect formatting changes and minor typographical corrections. As such, Objectors hereby proffer **Exhibit A** which is an identical copy of the objection brief that was sent to the Settlement Administrator. Objectors are also submitting a red-line version of the objection briefs attached hereto as **Exhibit B** that reflect those non-substantive revisions.

Respectfully submitted,

/s/ *Gerard M. McCabe*

Maurice R. Mitts, Esq.
Gerard M. McCabe, Esq.
Jennifer M. Adams, Esq.
**MITTS LAW, LLC**
1822 Spruce Street
Philadelphia, PA 19103
(215) 866-0120 (telephone)
(215) 866-0121 (facsimile)
Email: *mmitts@mittslaw.com*
   *gmccabe@mittslaw.com*
   *jadams@mittslaw.com*

Daniel P. Goetz, Esq. (*pro hac vice*)
**WEISMAN KENNEDY BERRIS CO., L.P.A.**
1600 Midland Building
101 Prospect Avenue West
Cleveland, OH 44115
(216) 781-1111 (216) 781-6747 Fax
Email: *dgoetz@weismanlaw.com*

Patrick J. Perotti, Esq. (#0005481OH)
Nicole T. Fiorelli, Esq. (#0079204OH)
Frank A. Bartela, Esq. (#0088128OH)
**DWORKEN & BERNSTEIN CO., L.P.A.**
60 South Park Place
Painesville, Ohio 44077
(440) 352-3391 (440) 352-3469 Fax
Email: *pperotti@dworkenlaw.com*

Christopher J. Morosoff, Esq. (#200465CA)
**Law Office of Christopher J. Morosoff**
77-760 Country Club Drive, Suite G
Palm Desert, CA 92211
(760) 469-5986 (760) 345-1581 Fax
Email: *cjmorosoff@morosofflaw.com*

Douglas Caiafa, Esq. (#107747CA)
**Douglas Caiafa, A Professional Law Corp.**
11845 West Olympic Boulevard, Suite 1245
Los Angeles, CA 90064
(310) 444-5240 (310) 312-8260 Fax
Email: *dcaiafa@caiafalaw.com*

William T. Dowd, Esq. (#39648MO)
Alex R. Lumaghi, Esq. (#56569MO)
**Dowd & Dowd, P.C.**
211 North Broadway, Suite 4050
St. Louis, Missouri  63102
(314) 621-2500 (314) 621-2503 Fax
Emails: *bill@dowdlaw.net*
         *alex@dowdlaw.net*

Hassan Zavareei, Esq. (456161DC)
Andrea Gold, Esq. (502607DC)
**Tycko & Zavareei, LLP**
1828 L. Street NW, Suite 1000
Washington D.C. 20036
(202) 973-0900 (202) 973-0950 Fax
Email Addresses: *hzavaree@tzlegal.com*
                  *agold@tzlegal.com*

Michael J. Deem, Esq. (#02037-1998NJ)
**R.C. Sea & Associates, LLP**
244 Main Street
P.O. Box 2627
Toms River, NJ 08753
(732) 505-1212 (732) 600-2548 Fax
Email Address: *mdeem@reshea.com*

**COUNSEL FOR OBJECTORS**

## **CERTIFICATE OF SERVICE**

I served a copy of the foregoing Notice of Filing of Amended Objection Brief and exhibits electronically on all counsel of record through the Court's ECF filing system.

*/s/ Gerard M. McCabe*
Gerard M. McCabe