IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELINDA MEHIGAN, et al.** | : | **CIVIL ACTION** |
| | : | |
| vs. | : | |
| | : | NO. 15-724 |
| **ASCENA RETAIL GROUP, INC., et al.** | : | |

### ORDER

AND NOW, this 12th day of May 2016, upon review of the Parties' Joint Motion to accept claims filed between April 5 and May 20, 2016 (ECF Doc. No. 149), it is **ORDERED** any person objecting to the inclusion of these claims under the Preliminary Approval Order and Notice shall file an objection not exceeding five (5) pages **on or before May 18, 2016.**

_____
KEARNEY, J.