IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELINDA MEHIGAN<br>Plaintiff<br><br>v.<br><br>ASCENA RETAIL GROUP, INC., et al.<br>Defendants | CIVIL ACTION<br><br>NO. 15-724  FILED<br>MAY 16 2016<br>MICHAEL E. KUNZ, Clerk<br>By_____ Dep. Clerk |

### JEFFREY WEINSTEIN'S MOTION TO WITHDRAW OBJECTIONS

To The Honorable District Judge:

    Objector Jeffrey Weinstein, and pursuant to Rule 23(e)(5) of the Federal Rules of Civil Procedure, moves to withdraw his Objections Regarding Proposed Settlement.

_____
Jeffrey Weinstein
518 East Tyler Street
Athens, TX 75751
903/677-5333
903/677-3657 – facsimile

1

## Certificate of Service

I hereby certify that a copy of the above and foregoing document has been served upon all counsel of record by mail by the Clerk of the Court on May \_\_11\_\_, 2016, including the following:

Justice Class Action Objections
P.O. Box 3240
Portland, OR 97208-3240

Clerk of the Court
United States District Court
Eastern District of Pennsylvania
601 Market Street, Room 2609
Philadelphia, PA 19106

PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market Street, Suite 3402
Philadelphia, PA 19103

MANSOUR GAVIN LPA
1001 Lakeside Avenue, Suite 1400
Cleveland, Ohio 44114

Gregory T. Parks
MORGAN, LEWIS &
BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103

FILED
MAY 16 2016
MICHAEL E. KUNZ, Clerk

Jeffrey Weinstein