UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Case No. 15-cv-00724

CAROL ROUGVIE, et al.,

      Plaintiffs,

vs.

ASCENA RETAIL GROUP, INC., *et. al.*

      Defendants.
_____/

## MOTION OF OBJECTOR JILL M. BROWN TO WITHDRAW HER OBJECTION TO THE CLASS ACTION SETTLEMENT

NOW COMES the objector Jill M. Brown, by and through her attorney, who moves this Honorable Court to allow her to withdraw her objection to the proposed class action settlement herein.

In support of her request, the undersigned counsel for Ms. Brown states that he has been unable to secure local counsel to assist in this matter.

WHEREFORE, the objector Jill M. Brown requests that she be permitted to withdraw her objection to the proposed class action settlement.

Dated: May 27, 2016                    *Respectfully Submitted,*

                                         */s/ David Dishman*
                                         David Dishman, Esq.
                                         Law Offices of David Dishman, P.C.
                                         224 Lewis Wharf
                                         Boston, MA 02110
                                         Tel: (617) 523-5252
                                         david@ddishmanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2016, I served, via USPS First Class Mail, a copy of the foregoing *Motion of Jill M. Brown to Withdraw her Objection to the Class Action Settlement* upon the following:

| | |
|---|---|
| Clerk of the United States District Court for the Eastern District of Pennsylvania<br>60 Market Street, Room 2609<br>Philadelphia, PA 19106 | PIETRAGALLO GORDON ALFANO BOSICK & RASPANTI, LLP<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103 |
| MANSOUR GAVIN LPA<br>1001 Lakeside Avenue, Suite 1400<br>Cleveland, Ohio 44114 | Gregory T. Parks<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market Street<br>Philadelphia, PA 19103 |
| Justice Class Action Objections<br>P.O. Box 3240<br>Portland, OR 97208-3240 | Christopher Todd Cain<br>Scott & Cain<br>550 South Main Street<br>Suit 601<br>Knoxville, TN 37902 |
| Gretchen K. Carey, pro se<br>c/o Amy M. Wilkins, Esq.<br>The Wilkins Law Firm PLLC<br>1197 East Oak Street<br>Phoenix, AZ 85006 | Stephen Cassidy<br>778 Joaquin Avenue<br>San Leandro, CA 94577 |
| Marian Freund<br>2000 Chestnut Avenue<br>Unit 305<br>Glenview, IL 60025 | Jean Harmon<br>212 South Fork Street<br>Jackson Center, OH 45334 |
| Steven F. Helfand<br>1400 SW 137th Avenue<br>Unit F112<br>Hollywood, FL 33027 | David S. Hoiriis<br>5410 Highland Road<br>Minnetonka, MN 55345 |
| Susan House<br>4436-C Lubbock Drive<br>Simi Valley, CA 93063 | Cindy Jacobs<br>2081 Vallejo Drive<br>Tustin, CA 92782 |
| Richard & Leslie Johnson<br>N11936 County Road L<br>Tomahawk, WI 54487 | Keena Jones<br>911 Kearsley Road<br>Sicklerville, NJ 08081 |
| Lorena Kaplan<br>3725 Skyline Drive<br>Plano, TX 75025 | David J. Kupstas<br>9313 Skyview Drive<br>Henrico, VA 23229 |

| | |
|---|---|
| Deborah Love<br>8150 SW 143 Street<br>Miami, FL 33158 | Vicki Mager<br>1218 N. 2155 W.<br>Clinton, UT 84015 |
| Jeffrey Paul Nash<br>The Nash Group<br>31500 Gates Mill Boulevard<br>Pepper Pike, OH 44124 | Catherine Russo<br>1160 Shirecliffe Lane<br>Knoxville, TN 37934 |
| Melissa Schultz<br>2135 N. 4500 W.<br>Hooper, UT 84315 | Pamela Sweeney<br>2590 Richardson Street<br>Madison, WI 53711 |

/s/ *David Dishman*