# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROL ROUGVIE, et al.** | **:  CIVIL ACTION** |
| | : |
| **vs.** | : |
| | **:  NO. 15-724** |
| **ASCENA RETAIL GROUP, INC., et al.** | **:** |

## ORDER

**AND NOW**, this 12th day of August 2016, upon consideration of the Comlish Objectors'[1] Motion to extend the deadline to move for attorneys' fees (ECF Doc. No. 192) and finding this Court retains jurisdiction to determine the attorneys' fees under our July 29, 2016 Order (ECF Doc. No. 185) notwithstanding an appeal of the Order approving the settlement[2] (ECF Doc. No. 191) and we are otherwise determining the balance of attorneys' fees after redemption of vouchers occurring after a final order, it is **ORDERED** the Comlish Objectors' Motion (ECF Doc. No. 192) is **GRANTED** and they may move for attorneys' fees contemporaneous with Plaintiffs' request for attorneys' fees under our July 29, 2016 Order (ECF Doc. No. 185). A party or Objector who already timely filed an objection may oppose the Comlish Objectors' motion for fees within fourteen (14) days of its filing.

**KEARNEY, J.**

---

[1] Consisting of Barbara Comlish, Kathryn Artlip, Manda Hipshire, Robert Gallagher, Rebecca Joiner, Andrea Kallay, David Legendre, Yanetsky Loor, Diana Amaya, Terri Holcomb and Emily Mohr.

[2] *Goodman v. Lukens Steel Company*, No. 73-1328, 1987 WL 13444, *1 (E.D.Pa. June 30, 1987).