IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELINDA MEHIGAN, *et al.,*　　　　　　　　CIVIL ACTION NO. 2:15-cv-00724-MAK

　　　　Plaintiffs,

v.

ASCENA RETAIL GROUP, INC., *et al.*

　　　　Defendants.

_____/

## NOTICE OF APPEAL

　　　　Objector Sheila Ference appeals the Order and Final Judgment for Final Approval of Settlement [DE184] and Attorneys' Fees [DE185] entered on 7-29-16.


　　　　　　　　　　　　　　　　　　*/s/ Mardi Harrison*
　　　　　　　　　　　　　　　　　　Mardi Harrison, Esq.
　　　　　　　　　　　　　　　　　　*Licensed in PA*
　　　　　　　　　　　　　　　　　　The Law Office of Mardi Harrison
　　　　　　　　　　　　　　　　　　125 Edison Furlong Road
　　　　　　　　　　　　　　　　　　Doylestown, PA  18901
　　　　　　　　　　　　　　　　　　www.suetheboss.com
　　　　　　　　　　　　　　　　　　267-252-1035
　　　　　　　　　　　　　　　　　　267-880-3823 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on August _____, 2016, and served by the same means on all counsel of record.


　　　　　　　　　　　　　　　　　　*/s/ Mardi Harrison*
　　　　　　　　　　　　　　　　　　Mardi Harrison, Esq.

1