UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELINDA MEHIGAN, et. al.** | : | Case No. 2:15-cv-00724-MAK |
| **Plaintiffs** | : | |
| | : | |
| vs. | : | |
| | : | |
| **ASCENA RETAIL** | : | |
| **GROUP, INC. , et. al.** | : | |
| **Defendants** | : | |

# NOTICE OF APPEAL

Objector, Michelle W. Vullings, appeals the Final Order and Judgment Granting the Motion for Final Approval of Settlement [Doc. 184] and Final Order and Judgment Granting the Motion for Attorney's Fees [Doc. 185] entered on 7-29-16.

|  |  |
|---|---|
|  | VULLINGS LAW GROUP, LLC |
| Dated:  August 18, 2016 | By:  /s/ Brent F. Vullings |
|  | Attorney for Objector |
|  | 3953 Ridge Pike, Suite 102 |
|  | Collegeville, PA  19426 |
|  | 610-489-6060 |

1

NOTICE OF APPEAL

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was filed electronically via CM/ECF on August 18, 2016 and served by the same means on all counsel of record.

                                        */s/ Brent F. Vullings*
                                        Brent F. Vullings
                                        Attorney for Objector, Michelle Vullings