# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE, et al., | ) |
| Plaintiffs, | ) |
| v. | ) No. 2:15-CV-00724-MAK |
| ASCENA RETAIL GROUP, INC., et al., | ) |
| Defendants. | ) |

## NOTICE OF APPEAL OF MANDA HIPSHIRE

NOTICE is hereby given that Manda Hipshire, Objector [Doc. 110], hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Judgment [Doc. 184] granting the Motion for Final Approval of Settlement, entered on July 29, 2016, and the Order regarding Attorneys' Fees, Expenses, and Incentive Awards [Doc. 185], entered on July 29, 2016, by the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted, this 26th day of August, 2016.

/s/ Miles Dumack
Miles Dumack
PA ID#: 202278
DUMACK LAW
1621 McKean Street
Philadelphia, PA 19145
Tel: 267-259-3962
Email: miles@dumacklaw.com

Christopher T. Cain
SCOTT & CAIN
550 West Main Street, Suite 601
Knoxville, TN 37902
Tel: (865) 525-2150
cain@scottandcain.com

*Admitted Pro Hac Vice*

*Counsel for Manda Hipshire*

i

## CERTIFICATE OF SERVICE

I do hereby certify, that on August 26, 2016, a copy of the foregoing was submitted electronically through the Court's Electronic Filing System ("ECF"). Notice of this filing will be sent by operation of the Court's ECF to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's ECF.

/s/ Miles Dumack
Miles Dumack