UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE, et al. | : |
| Plaintiffs | : Case No. 2:15-cv-00724 MAK |
| v. | : |
| ASCENA RENTAL GROUP, INC., et al. | : |
| Defendants. | : |

## NOTICE OF APPEAL OF KELSEY D. FOLIGNO

Notice is hereby given that Class Member/Objector Kelsey D. Foligno appeals to the United States Court of Appeals for the Third Circuit from the Order approving the settlement (ECF Doc. 184), from the Order awarding attorneys' fees (ECF Doc. 185), and from the opinion supporting these orders (ECF Doc. 183), each entered in this action on or about July 29, 2016 and all orders and opinions that merge therein. The Class Member/Objector also hereby appeals from any and all orders or judgments approving the class settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this Class Member/Objector or the objection filed by this Class Member/Objector, including any entered or signed subsequent to this notice of appeal.

DATED:  August 26, 2016                     LIGHTMAN & MANOCHI

/s/ *Glenn A. Manochi*
Gary P. Lightman, Esquire
Glenn A. Manochi, Esquire
1520 Locust Street, 12th Floor
Philadelphia, PA 19102
 (215) 545-3000

*Attorneys for Kelsey D. Foligno*

## Certificate of Service

The undersigned certifies that today he filed the foregoing Notice of Appeal on ECF which will send electronic notification to all attorneys registered for ECF-filing.

DATED:  August 26, 2016

                                                /s/ *Glenn A. Manochi*
                                                Glenn A. Manochi, Esquire