### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELINDA MEHIGAN, et. al.** | : | **Case No. 2:15-cv-00724-MAK** |
| **Plaintiffs** | : | |
| | : | |
| **vs.** | : | |
| | : | |
| **ASCENA RETAIL** | : | |
| **GROUP, INC. , et. al.** | : | |
| **Defendants** | : | |
| | : | |

### NOTICE OF APPEAL

Objectors, Vicki Mager and Melissa Schultz, appeal the Opinion [Doc. 183], Final

Order and Judgment Granting the Motion for Final Approval of Settlement [Doc. 184],

and Final Order and Judgment Granting the Motion for Attorney's Fees [Doc. 185], all

entered on July 29, 2016.

Dated: August 25, 2016

Vicki Mager
1218 N. 2155 W.
Clinton, UT 84015
Class Member/Objector
Appearing Pro Se

Melissa Schultz
2135 N. 4500 W.
Hooper, UT 84315
Class Member/Objector
Appearing Pro Se

### CERTIFICATE OF SERVICE

I hereby certify that I mailed a true copy of the foregoing by overnight express to

the clerk's office with instructions to file it electronically via CM/ECF, thereby serving by

the same means all counsel of record.

Vicki Mager
Class Member/Objector