IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ROUGVIE *et al.*, <br> Plaintiffs, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No.: 2:15-cv-00724-MAK |
| ASCENA RETAIL GROUP, INC. *et al.*, <br> Defendants, | ) <br> ) <br> ) <br> ) | |

## NOTICE OF APPEAL OF OBJECTORS LEAH HARRINGTON, BETH YOES AND LEIGHAN SONNIER

Objectors Leah Harrington, Beth Yoes and Leighan Sonnier appeal (i) the Opinion (Doc. No. 183), (ii) the Final Order and Judgment granting the Motion for Final Approval of Settlement (Doc. No. 184), and (iii) the Final Order and Judgment granting the Motion for Attorneys' Fees (Doc. No. 185), each entered by this Court on July 29, 2016.

Respectfully submitted,

*/s/ Nancy J. Glidden*
NANCY J. GLIDDEN
PA Bar No.: 78961
Attorney for the Objectors Harrington, Yoes and Sonnier
Unruh, Turner, Burke & Frees
P.O. Box 515
West Chester, PA 19381
(610) 692-1371 (telephone)
(484) 653-2213 (facsimile)
Email: nglidden@utbf.com

1

## CERTIFICATE OF SERVICE

      I HEREBY certify that on August 26, 2016, I electronically filed a PDF of the foregoing NOTICE OF APPEAL OF OBJECTORS LEAH HARRINGTON, BETH YOES AND LEIGHAN SONNIER with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                              */s/ Nancy J. Glidden*
                                              NANCY J. GLIDDEN