IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MELINDA MEHIGAN, et al.         )
                                )      CIVIL ACTION NO. 15-724
vs                              )
                                )
                                )
                                )
ASCENA RETAIL GROUP, INC., et al )
                                )

## NOTICE OF APPEAL

PAMELA SWEEENEY
6666 Odana Road
Suite 116
Madison, WI 53716
Email: pam.sweeney1@gmail.com

Notice is hereby given that Class Member/Objector Pamela Sweeney, Pro Se appeals to the United States Court of Appeals for the Third Circuit from the Orders Approving the Class Action Settlement in this Case. (Dkts. #183, #184 and #185) entered in this action on July 29, 2016. Class Member/Objector also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses, and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: August 26, 2016                    Respectfully Submitted,

*Pamela Sweeney, Pro SE*
Pamela Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, WI 53716
Phone: (424)-488-4383
Fax: (561) 395-9390
Email:pam.sweeney1@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S.P.O. overnight delivery system to the Clerk of Courts of the United States District Court for the Eastern District of Pennsylvania at the Clerk of Courts address included in the Legal Notice of Settlement in this action. The Clerk will file this Notice of Appeal in the CM/ECF system thus effectuating service of such filing on all ECF registered attorneys in this case.

    I further certify that I caused to be mailed via U.S. First Class this Notice of Appeal to the parties listed for notice in the Legal Notice of Settlement in this action. Finally, I served the counsel listed below via email to the email addresses indicated in their law firm's website.

 

                                                            Pamela A. Sweeney, Pro Se
                                                            2590 Richardson Street
                                                            Madison, WI 53711

Phone: <u>424-299-4383</u>.
Email: <u>pam.sweeney1@gmail.com</u>