IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE, et al. | : CIVIL ACTION |
| | : |
| vs. | : NO. 15-724 |
| | : |
| ASCENA RETAIL GROUP, INC., et al. | : |

## ORDER

**AND NOW**, this 12th day of September 2016, consistent with our July 29, 2016 Order granting Plaintiffs' Motion for attorneys' fees (ECF Doc. No. 185), Plaintiffs' Motion to correct its proffered lodestar (ECF Doc. No. 195), Class Counsel's declarations (ECF Doc. No. 201), Objectors Comlish's and Artlip's Response (ECF Doc. No. 210), Class Counsel's Reply (ECF Doc. No. 216), mindful of our fiduciary obligations to evaluate Class Counsel's proffered hours for an hourly fee recovery and for reasons in the accompanying Memorandum, it is **ORDERED**:

1. Class Counsel's Motion to correct its proffered lodestar (ECF Doc. No. 195) is **GRANTED in part and DENIED in part** as we find a basis for much of the corrected lodestar but do not allow several vague or admittedly belated descriptions of allegedly invested time;

2. We **amend** Paragraph 3 of our July 29, 2016 Order (ECF Doc. No. 185) to provide, consistent with the accompanying Memorandum, Class Counsel is awarded **$4,831,846.25** in attorneys' fees at this initial stage representing $2,761,055.00 for 5,048.56 approved hours and the Court's 1.75 multiplier awarded under our July 29, 2016 Order; and,

3. All other aspects of our July 29, 2016 Order (ECF Doc No. 185) remain in effect.

_____
KEARNEY, J.