# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

16-3519

Melinda Mehigan, et al v. Ascena Retail Group Inc, et al

2-15-cv-00724

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 27, 2016

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.

cc:
Ms.Lucy V. Chin
Ezra D. Church Esq.
Andrew W. Katz Esq.
Robert G. Mansour Esq.
Alexander M. Owens Esq.
Gregory T. Parks Esq.
William A. Pietragallo II Esq.
Kevin E. Raphael Esq.
Pamela Sweeney