IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE, et al. | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 15-724 |
| ASCENA RETAIL GROUP, INC., et al. | : |

## ORDER

**AND NOW**, this 14th day of October 2016, upon consideration of the Amended Class Motion for an appeal bond (ECF Doc. No. 219), Responses from some but not all Appellants (ECF Doc. Nos. 224, 225, 226, 229, 230, 231), the Class Reply (ECF Doc. No. 232) and for reasons in the accompanying Memorandum, it is **ORDERED** the Class Motion for appeal bond (ECF Doc. No. 219) is **GRANTED in part** and each pending Notice of Appeal (ECF Doc. Nos. 191, 196, 199, 202, 203, 204, 205, 206, 207, 208, 209) shall be secured by an appeal bond for **$1,235.32 posted on or before October 24, 2016**.

KEARNEY, J.