# SCOTT & CAIN

Attorneys at Law
550 W. Main Street, Suite 601
Knoxville, TN 37902
Telephone: (865) 525-2150
Facsimile: (865) 525-2120

**Thomas S. Scott, Jr.**
scott@scottandcain.com

**Christopher T. Cain**
cain@scottandcain.com

October 18, 2016

**Via ECF and Federal Express**
Honorable Lucy V. Chin
Interim United States District Court Clerk
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

> Re:   *Rougvie, et al. v. Ascena Retail Group, Inc., et al.*, No:
>        2:15-cv-00724-MAK (E.D. PA)

Dear Madam:

I represent Manda Hipsher, an objecting class member in the above-captioned matter.  My client timely appealed [Doc. 205] the District Court's July 29, 2016 Final Judgment [Doc. 184] and July 29, 2016 Order [Doc. 185] in this case on August 26, 2016. That appeal is designated as Appeal No. 16-3514 in the United States Court of Appeals for the Third Circuit.

On October 14, 2016, upon motion by the Class Plaintiffs, the District Court entered an Order [Doc. 234] requiring my client's Notice of Appeal be "secured by an appeal bond for **$1,235.52 posted on or before October 24, 2016**.

Accordingly, on behalf of my client, Manda Hipsher, I am respectfully tendering the sum of **$1,235.52**. We have been unable to submit this amount through the Court's ECF system. Thus, this sum, along with the original of this letter, is being transmitted to the Court via Federal Express delivery, for delivery tomorrow. A copy of my firm's check is attached, along with a copy of the Court's Order . We would appreciate a receipt of some form to mark this matter as having been received for our records.

Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Christopher T. Cain

cc:   All counsel of record, via ECF only



**LAW OFFICES OF THOMAS S. SCOTT, JR.**
550 W. MAIN ST., SUITE 601
KNOXVILLE, TN 37902
PH. (865) 525-2150

FIRST TENNESSEE

87-719/642

EZShield™ Check Fraud
Protection for Business

11303

10/18/2016

PAY TO THE
ORDER OF     U.S. District Court Clerk

$  **1,235.32

One Thousand Two Hundred Thirty-Five and 32/100*****************************************************************************     DOLLARS

U.S. District Court, ED of PA
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

AUTHORIZED SIGNATURE

🖻 Security features. Details on back.

MEMO   2:15-cv-00724-MAK

⑈01130⑈  ⑆064207195⑆  100599739⑈

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CAROL ROUGVIE, et al.                   :   CIVIL ACTION
                                        :
                vs.                     :
                                        :   NO. 15-724
ASCENA RETAIL GROUP, INC., et al.       :

## ORDER

AND NOW, this 14th day of October 2016, upon consideration of the Amended Class

Motion for an appeal bond (ECF Doc. No. 219), Responses from some but not all Appellants

(ECF Doc. Nos. 224, 225, 226, 229, 230, 231), the Class Reply (ECF Doc. No. 232) and for

reasons in the accompanying Memorandum, it is **ORDERED** the Class Motion for appeal bond

(ECF Doc. No. 219) is **GRANTED in part** and each pending Notice of Appeal (ECF Doc. Nos.

191, 196, 199, 202, 203, 204, 205, 206, 207, 208, 209) shall be secured by an appeal bond for

**$1,235.32 posted on or before October 24, 2016.**

KEARNEY, J.