

**THE WILKINS LAW FIRM**
Amy M. Wilkins, Esq.
1197 E. Oak St.
Phoenix, AZ 85006
602-795-0789

October 20, 2016

VIA ECF and UPS MAIL
Honorable Lucy V. Chin
Interim United States District Court Clerk
2609 Market Street
Philadelphia, PA 19106-1797

    Re: *Mehigan, et al. v. Ascena Retail Group, Inc., et al,.*
        No. 2:15-cv-00724-MAK (E.D. PA)

Dear Madam:

    I represent Gretchen K. Carey, an objecting class member in the above-captioned matter. My client timely appealed [Doc. 191] the District Court's July 29, 2016 Final Judgment [Doc. 184] and July 29, 2016 Order [Doc.185] in this case on August 11, 2016. That appeal is designated as Appeal No. 16-3514 in the United States Court of Appeals for the Third Circuit.

    On October 14, 2016, upon motion by the Class Plaintiffs, the District Court entered an Order [Doc. 234] requiring my clients' Notice of Appeal be "secured by an appeal bond for $1,235.52 posted on or before October 24, 2016.

    Accordingly, on behalf of my client, Gretchen K. Carey, I am respectfully tendering the sum of $1, 235.52. We have been unable to submit this amount through the ECF system. Thus, this sum, along with the original of this letter, is being transmitted to the Court via UPS delivery, for delivery tomorrow. A copy of my firm's check is attached, along with a copy of the Court's Order. We would appreciate a receipt of some form to mark this matter as having been received for our records.

Thank you for your attention in this matter. Please do not hesitate to contact me if you have any questions or concerns.

Very truly yours,

*Amy W[signature]*

Amy M. Wilkins

cc: All counsel of record, via ECF only

```
                                                                    1646
THE WILKINS LAW FIRM PLLC
  2800 N CENTRAL AVE STE 1210
       PHOENIX, AZ 85004
        (602) 795-0789
                                            DATE 10/19/2016    91-2-1221

PAY
TO THE    Clerk of the District Court                     $ 1,235.32
ORDER OF _____

One thousand two hundred thirty five and 32/00 _____ DOLLARS

         CHASE
         JPMorgan Chase Bank, N.A.
         www.Chase.com
                                              [signature] Amy Wilkins
FOR _____                                 MP

   ⑆001646⑆ ⑈122100024⑈   475099136⑈
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE, et al. | : CIVIL ACTION |
| vs. | : |
| | : NO. 15-724 |
| ASCENA RETAIL GROUP, INC., et al. | : |

### ORDER

AND NOW, this 14th day of October 2016, upon consideration of the Amended Class Motion for an appeal bond (ECF Doc. No. 219), Responses from some but not all Appellants (ECF Doc. Nos. 224, 225, 226, 229, 230, 231), the Class Reply (ECF Doc. No. 232) and for reasons in the accompanying Memorandum, it is **ORDERED** the Class Motion for appeal bond (ECF Doc. No. 219) is **GRANTED in part** and each pending Notice of Appeal (ECF Doc. Nos. 191, 196, 199, 202, 203, 204, 205, 206, 207, 208, 209) shall be secured by an appeal bond for $1,235.32 posted on or before October 24, 2016.

KEARNEY, J.