# VULLINGS LAW GROUP, LLC
Attorneys At Law

3953 RIDGE PIKE
SUITE 102
COLLEGEVILLE, PENNSYLVANIA 19426
(610) 489-6060
(610) 489-1997 FAX

BRENT F. VULLINGS

Admitted in PA, NJ, NY & DC

bvullings@vullingslaw.com

October 21, 2016

**VIA ECF & USPS MAIL**
Honorable Lucy V. Chin
Interim United States District Court Clerk
2609 Market Street
Philadelphia, PA 19106-1797

Re: Mehigan, et. al. v. Ascena Retail Group, Inc., et. al.
No. 2:15-cv-00724-MAK (E.D. Pa.)

Dear Madam:

I represent Michelle W. Vullings, an objecting class member in the above-captioned matter. My client timely appealed [Doc. 199] the District Court's July 29, 2016 Final Judgment Granting the Motion for Final Approval of Settlement [Doc. 184] and July 29, 2016 Order and Judgment Granting the Motion for Attorney's Fees [Doc. 185] in this case on August 18, 2016. The appeal is designated as Appeal No. 16-3421 in the United States Court of Appeals for the Third Circuit.

On October 14, 2016, upon motions by the Class Plaintiffs, the District Court entered an Order [Doc. 234] requiring my client's Notice of Appeal be "secured by an appeal bond for $1,235.52 posted on or before October 24, 2016." A copy of the Court's Order is attached.

Accordingly, on behalf of my client, Michelle W. Vullings, I respectfully tendered the sum of $1,235.52. We were unable to submit this amount through the ECF system. Thus, this sum was transmitted to the Court via First Class USPS Mail on October 18, 2016. We would appreciate a receipt of some form to mark this as having been received for our records.

Thank you for your time and attention to this matter. Please do not hesitate to contact me if you have any questions or concerns.

Sincerely,

Brent F. Vullings, Esq.

BFV:fc
enclosure, as stated
cc:     All counsel of record, via ECF only

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ROUGVIE, et al. | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NO. 15-724 |
| ASCENA RETAIL GROUP, INC., et al. | : | |

## ORDER

AND NOW, this 14th day of October 2016, upon consideration of the Amended Class Motion for an appeal bond (ECF Doc. No. 219), Responses from some but not all Appellants (ECF Doc. Nos. 224, 225, 226, 229, 230, 231), the Class Reply (ECF Doc. No. 232) and for reasons in the accompanying Memorandum, it is **ORDERED** the Class Motion for appeal bond (ECF Doc. No. 219) is **GRANTED in part** and each pending Notice of Appeal (ECF Doc. Nos. 191, 196, 199, 202, 203, 204, 205, 206, 207, 208, 209) shall be secured by an appeal bond for **$1,235.32 posted on or before October 24, 2016.**

KEARNEY, J.