LAW OFFICES

*Lightman & Manochi*

GARY P. LIGHTMAN +
GLENN A. MANOCHI *
W. LYLE STAMPS †

1520 LOCUST STREET, 12TH FLOOR
PHILADELPHIA, PA 19102-4401

(215) 545-3000
TELECOPIER (215) 545-3001

NEW JERSEY OFFICE
8 RANOLDO TERRACE
CHERRY HILL, NJ 08034

TELEPHONE (856) 795-9669
TELECOPIER (856) 795-9339

+ MEMBER PA NJ DC & FL BARS
* MEMBER PA NJ NY & CT BARS
† MEMBER PA & NJ BARS

October 24, 2016

**VIA ECF and HAND DELIVERY**

Honorable Lucy V. Chin
Interim United States District Court Clerk
2609 U.S. Courthouse
Philadelphia, PA 19106

Re: **Rougvie, et al. v. Ascena Retail Group, Inc. d/b/a Justice
U.S. District Court, Eastern District of Pennsylvania
Docket No.: 2:15-cv-00724-MAK**

Dear Madam:

My firm represents appellant-objector Kelsey D. Foligno in the above-referenced matter. Pursuant to the Court's October 14, 2016 Order (doc. no. 234), a copy of which is attached, we enclose my firm's check number 16901 in the amount of $1,235.32 to pay her portion of the appeal bond.

We request you acknowledge receipt of this letter by time-stamping the enclosed copy and returning it to us in the self-addressed, stamped envelope provided.

Thank you for your attention to this matter. Please contact us should you have any questions or comments concerning the above.

Respectfully,

Glenn A. Manochi

GAM:dm
Enclosures
cc: Kelsey D. Foligno
    Christopher Bandas, Esquire
    Gary P. Lightman, Esquire
    (each via email, w/o enclosures)

E:\JUSTICE CLASS ACTION\LETTERS\CLERK DISTRICT COURT LTR 10 24 16 (APPEAL FEE).DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE, et al. | : CIVIL ACTION |
| vs. | : |
| ASCENA RETAIL GROUP, INC., et al. | : NO. 15-724 |

## ORDER

**AND NOW**, this 14th day of October 2016, upon consideration of the Amended Class Motion for an appeal bond (ECF Doc. No. 219), Responses from some but not all Appellants (ECF Doc. Nos. 224, 225, 226, 229, 230, 231), the Class Reply (ECF Doc. No. 232) and for reasons in the accompanying Memorandum, it is **ORDERED** the Class Motion for appeal bond (ECF Doc. No. 219) is **GRANTED in part** and each pending Notice of Appeal (ECF Doc. Nos. 191, 196, 199, 202, 203, 204, 205, 206, 207, 208, 209) shall be secured by an appeal bond for $1,235.32 posted on or before October 24, 2016.

KEARNEY, J.