# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

16-3517

Melinda Mehigan, et al v. Ascena Retail Group Inc, et al

2-15-cv-00724

## O R D E R

Pursuant to Fed. R. App. P. 3(a)(2) and 3rd Cir. LAR Misc. 107.2(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file case opening forms. It is

FURTHER ORDERED that a certified copy of this order be issued forthwith as the in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: October 25, 2016

cc: All Counsel of Record

A True Copy:
*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.