# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-3518

Melinda Mehigan, et al v. Ascena Retail Group Inc, et al

(Originating Case No. 2-15-cv-00724)

## ORDER

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: November 14, 2016

cc:
Stephen Cassidy Esq.
Ezra D. Church Esq.
Andrew W. Katz Esq.
Alexander M. Owens Esq.
Gregory T. Parks Esq.
William A. Pietragallo II Esq.
Kevin E. Raphael Esq.

A True Copy

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.