# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 16-3381

Melinda Mehigan, et al v. Ascena Retail Group Inc, et al

(Originating Court No. 2-15-cv-00724)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

Marcia M. Waldron, Clerk

Dated: April 25, 2017

cc:
Ezra D. Church Esq.
Andrew W. Katz Esq.
Ernest P. Mansour Esq.
Alexander M. Owens Esq.
Gregory T. Parks Esq.
William A. Pietragallo II Esq.
Kevin E. Raphael Esq.
Frank A. Rothermel Esq.
Amy M. Wilkins Esq.



**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.