IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROL ROUGVIE, *et al.* | : CIVIL ACTION |
| | : |
| vs. | : |
| | : NO. 15-724 |
| ASCENA RETAIL GROUP, INC., *et al.* | : |

## ORDER

**AND NOW**, this 16th day of June 2017, upon considering Class Members Comlish and Artlip's Motion to intervene (ECF Doc. No. 263), Class Plaintiffs' Response (ECF Doc. No. 277), Responses of settling Objectors (ECF Doc. Nos. 278, 279, 280, 281, 282), Comlish and Artlip's Reply (ECF Doc. No. 283), our June 5, 2017 Order regarding standing (ECF Doc. No. 285), the parties' and Objectors' Memoranda on standing (ECF Doc. Nos. 288, 289, 290, 291, 292), following oral argument and for reasons in the accompanying Memorandum, it is **ORDERED** Class Members Comlish and Artlip's Motion to intervene (ECF Doc. No. 263) is **DENIED without prejudice** for them to raise objections to final distributions under our July 29, 2016 Order (ECF Doc. No. 185).

_____
KEARNEY, J.