IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carol Rougvie, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Ascena Retail Group, Inc., et al.,<br><br>    Defendants. | COMPLAINT - CLASS ACTION<br><br>CIV. NO. 2:15-cv-00724-MAK |

**JOINT STATUS REPORT**

Plaintiffs Carol Rougvie, Marguerite Sinkler Gilder, Caroline Mansour, Melinda Mehigan, Fonda Kubiak, Carol Cowhey, Kara Bell and Tiffany Bolton ("Plaintiffs"), and Defendants Tween Brands, Inc. and Ascena Retail Group, Inc. ("Justice") (collectively, "the Parties") jointly file this status report in accordance with this Court's Orders of July 29, 2016 (Docket No. 185) and May 4, 2017 (Docket No. 256). The Parties state as follows:

1. Distribution of Relief started on September 18, 2017, when the Claims Administrator began mailing checks to Class Members who chose cash relief under either Option One or Option Two.

2. The mailing of checks was completed by September 23, 2017. To date, 394,232 checks have been cashed by Class Members, totaling $9,616,683.75; this comprises approximately 95% of the checks mailed and 96% of the dollar value of those checks.

3. The Claims Administrator began emailing and mailing vouchers on September 26, 2017. The mailing of Option One and Option Two vouchers was completed on October 13, 2017, with approximately one million vouchers a day printed and mailed during that period. A total of 17,937,886 vouchers were mailed or emailed to Class Members. The vouchers were received by Class Members between approximately September 27, 2017 and October 18, 2017.

4.      To date, 12,182 post card vouchers have been re-mailed, and 458,746 electronic vouchers have been re-sent.

5.      Justice has filed a report, through September 30, 2018, containing the number and value of vouchers redeemed both on a monthly basis and as a cumulative total to date. Through September 30, 2018, $29,357,609.75 in vouchers have been redeemed by Class Members.

6.      Class Members have received a total of $38,974,293.40 combined in cash (through today's date) and redeemed vouchers (through September 30, 2018).

7.      All Parties are available for a conference call with the Court should the Court have any questions.

Dated:  October 25, 2018                                  Respectfully Submitted,

                                                          BY:  */s/ Kevin E. Raphael*
                                                          William Pietragallo, II, Esquire
                                                          Kevin E. Raphael, Esquire
                                                          PIETRAGALLO GORDON ALFANO
                                                          BOSICK & RASPANTI, LLP
                                                          1818 Market Street
                                                          Suite 3402
                                                          Philadelphia, PA 19103
                                                          Tel: 215.320.6200
                                                          WP@pietragallo.com
                                                          KER@pietragallo.com

                                                          -and-

MANSOUR GAVIN LPA
Ernest Mansour, Esquire
Anthony Coyne, Esquire
Brendon P. Friesen, Esquire
emansour@mggmlpa.com
acoyne@mggmlpa.com
bfriesen@mggmlpa.com
1001 Lakeside Avenue, Suite 1400
Cleveland, OH 44114
(216) 523.1500

-and-

Edward J. Westlow, Esquire
EJW@Whitehall1756.us
Bank of America Center
1111 East Main Street, 16th Floor
Richmond, VA 23219-3532
(804) 780-0305

-and-

Robert Mansour, Esquire
23611 Chagrin Blvd., Suite 270
Beachwood, Ohio 44122
(216) 514.3127
Rmansour@competitivetitle.com

*Counsel for Plaintiffs*

BY:  */s/ Gregory T. Parks*
Gregory T. Parks, Esquire
Ezra D. Church, Esquire
Kristin M. Hadgis, Esquire
Andrew W. Katz, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Carol Rougvie, et al., : <br> : <br>     Plaintiffs, : <br> : <br> v. : <br> : <br> Ascena Retail Group, Inc., et al., : <br> : <br>     Defendants. : | NO. 2:15-cv-00724-MAK |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2018, I caused a true and correct copy of the above Joint status report to be served upon all counsel of record via the Court's electronic case filing system.

                                */s/ Kevin E. Raphael*
                                I.D. No. 72673
                                1818 Market Street, Suite 3402
                                Philadelphia, PA  19103
                                (215) 320-6200

                                *Attorney for Plaintiffs*

3668281v1