IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CAROL ROUGVIE,** *et al.* | : CIVIL ACTION |
| | : |
| vs. | : NO. 15-724 |
| | : |
| **ASCENA RETAIL GROUP, INC.,** *et al.* | : |

## ORDER

**AND NOW**, this 27th day of November 2018, upon initially considering Plaintiffs' Motion for final supplemental award of attorneys' fees and expenses and final distribution to the Claims Administrator (ECF Doc. No. 340) and noting Plaintiffs represent the last objector does not contest the distribution of a supplemental attorney's fee and mindful responses must be filed by December 10, 2018, it is **ORDERED** we shall hold a hearing on Plaintiffs' Motion (ECF Doc. No. 340), at **9:00 A.M.** on **December 13, 2018** in **Courtroom 6B**.

KEARNEY, J.