# Morgan Lewis

**Gregory T. Parks**
Partner
+1.215.963.5170
gregory.parks@morganlewis.com

December 7, 2018

**VIA ECF**

The Honorable Mark A. Kearney
United States District Judge
United States District Court for the
    Eastern District of Pennsylvania
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   **Rougvie, et al. v. Ascena Retail Group, Inc., et al., No. 2:15-cv-00724**
      <u>Hearing scheduled for December 13, 2018 at 9 AM</u>

Dear Judge Kearney:

I write on behalf of Plaintiffs and Defendants in the above-captioned Action. Your Honor's Order of November 27, 2018 (Dkt. No. 341) set a hearing on December 13, 2018 at 9 AM to consider the Plaintiffs' Motion for Final Supplemental Award of Attorneys' Fees and Expenses and Final Distribution to RSM, the Claims Administrator (Dkt. No. 340). Since Your Honor's November 27 Order, four additional motions have been filed in the case:

1. Motion by Class Members Barbara Comlish and Kathryn Artlip for Attorneys' Fees and Incentive Awards, filed on behalf of Objectors Comlish and Artlip (Dkt. No. 342);

2. Motion for Distribution of Proceeds to Fund Purchases on Vouchers Distributed Pursuant to Settlement Agreement, filed on behalf of Defendants Ascena Retail Group, Inc. and Tween Brands, Inc. d/b/a Justice Stores (together, "Justice") (Dkt. No. 343);

3. Joint Motion for Additional Cash Distribution to Class Members and Approval of Cy Pres Distribution of Any Remaining Money in the Settlement Fund, filed jointly on behalf of Plaintiffs and Justice (Dkt. No. 344); and

4. Motion for Attorneys' Fees and Incentive Compensation, filed on behalf of Objectors Andrea Kallay, Robert Gallagher, Rebecca Joiner, David Legendre, Yanetsy Loor, Diana Amaya, Terri Holcomb, Dorlene Goldman and Emily Mohr (Dkt. No. 346).

**Morgan, Lewis & Bockius LLP**

1701 Market Street
Philadelphia, PA 19103-2921      ☏ +1.215.963.5000
United States                    📠 +1.215.963.5001

The Honorable Mark A. Kearney
December 7, 2018
Page 2

Counsel for Plaintiffs and Defendants believe that these five motions present overlapping issues, should all be resolved together, and would all benefit from the Court's attention at the hearing on December 13. Plaintiffs and Defendants therefore respectfully submit that the Court should enter an order giving notice that these additional motions will be considered at the December 13th hearing. To that end, and for the Court's convenience, the Parties enclose a proposed order along with this letter.

Respectfully,

*Gregory T. Parks* /HWH/
Gregory T. Parks


Enclosure

cc:   All Counsel of Record (by ECF)