

1818 MARKET STREET    SUITE 3402    PHILADELPHIA, PA 19103
215.320.6200    FAX: 215.981.0082
WWW.PIETRAGALLO.COM

DIRECT DIAL NO.: 215.988.1442
DIRECT FAX DIAL NO.: 215.754.5172
FILE NO.: WP-106408
E-MAIL: KER@Pietragallo.com

December 17, 2018

**VIA ELECTRONIC CASE FILING**

The Honorable Mark A. Kearney
United States District Court Judge
Room 6613
James A. Byrne U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re: *Rougvie, et al. v. Ascena Retail Group, Inc., et al.*, No. 2:15-cv-00724
<u>Clarification of the Court's Order dated December 13, 2018</u>

Dear Judge Kearney:

I write on behalf of Class Counsel in the above-captioned matter. Class Counsel respectfully requests clarification of the Court's Order of December 13, 2018 (Dkt. 357). That Order required, *inter alia*, that:

> 3. No later than December 21, 2018, Class members and Objector Appellants Gretchen Carey, Michelle Vullings, Manda Hipshire, Vicki Mager and Melissa Schultz (the subjects to the Comlish Objectors' May 12, 2017 Motion (ECF Doc. No. 263)) and Class counsel shall file memoranda not exceeding five pages disclosing the specific terms of agreements resulting in the dismissal of the Objector Appellants' appeals to the United States Court of Appeals under our inherent power of supervising class action settlements and remaining concerned with payments made to these class members who filed appeals but then withdrew them for a payment by an undisclosed source and with no presently stated benefit to the Class other than returning the case to our jurisdiction to proceed to distribution.

Dkt. 357.

December 17, 2018
Page 2

      Class Counsel notes that the term "Objector Appellants" is used initially in relation only to objectors Gretchen Carey, Michelle Vullings, Manda Hipshire, and Vicki Mager and Melissa Schultz. However, Class Counsel recognizes that the term "Objector Appellants" is used without specific reference to those individuals with respect to the requirement that Class Counsel "file memoranda not exceeding five pages disclosing the specific terms of agreements resulting in the dismissal of the Objector Appellants' appeals to the United States Court of Appeals." In addition, paragraph 5 of the Court's Order requires service "upon every Objector Appellant and her named counsel who withdrew their appeals under an agreement…"[1] Given the potential for ambiguity, Class Counsel respectfully requests clarification as to whether their memorandum should include any settlement with Objector Appellant Kelsey Foligno[2] or address only any settlements with Objectors Gretchen Carey, Michelle Vullings, Manda Hipshire, and Vicki Mager and Melissa Schultz.

Respectfully submitted,

KEVIN E. RAPHAEL
PIETRAGALLO GORDON ALFANO
BOSICK & RASPANTI, LLP
1818 Market St., Suite 3402
Philadelphia, PA 19103
*Attorneys for Plaintiffs*

cc (via email):
William Pietragallo, II, Esq.
Anthony Coyne, Esq.
Ernest Mansour, Esq.
Edward Westlow, Esq.
Gregory Parks, Esq.
Adam Schulman, Esq.
Nicole T. Fiorelli, Esq.
Christopher Cain, Esq.
George Cochran, Esq.
Christopher Bandas, Esq.
Brent Vullings, Esq.

---

[1] Since all Objector Appellants are represented, and in the past we have served only the attorneys, Class Counsel effected service on all the Objector Appellants' attorneys and wanted to insure that this was adequate under the Court's Order.

[2] The Comlish Objectors have stated that they are not seeking disgorgement from Ms. Foligno. Comlish Objectors' Intervention Reply Brief, Dkt. 283, p. 1 n. 1.