# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CAROL ROUGVIE, *et al.* | : CIVIL ACTION |
|---|---|
| | : |
| vs. | : NO. 15-724 |
| | : |
| ASCENA RETAIL GROUP, INC., *et al.* | : |

## ORDER

**AND NOW**, this 12th day of February 2019, upon considering the Class Plaintiffs' Motion for attorney's fees and expenses and final distribution to the Claims Administrator (ECF Doc. No. 340), Objectors' Opposition (ECF Doc. No. 345), Plaintiffs' Reply (ECF Doc. No. 370), and for reasons in the accompanying Memorandum, it is **ORDERED** the Plaintiffs' Motion (ECF Doc. No. 340) is **GRANTED in part**:

1. On or after **March 15, 2019,** the Claims Administrator may release additional funds from the Settlement Fund:

    a. $8,004,190.31 payable to Class Counsel for attorney's fees to be allocated as they agree;

    b. $180,431.76 payable to Class Counsel for out-of-pocket costs as they agree;

    c. $4,523,326 payable to the Claims Administrator to satisfy its outstanding costs under our July 13, 2017 Order;

    d. $146,100 payable to the Claims Administrator to satisfy increased administrative fees incurred for unanticipated voucher development; and,

2. When moving for our approval of a final accounting, Class Counsel may seek additional attorney's fees and demonstrated reasonable costs incurred since November 28, 2018

and for reimbursement of the Claims Administrator's monthly expenses and out of pocket costs from August 2018 until final distribution supported by the Claims Administrator's affidavit with attached detailed monthly invoices of time and costs as contemporaneously reviewed and approved by Class Counsel.

KEARNEY, J.