# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ROUGVIE, *et al.* | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 15-724 |
| | : | |
| ASCENA RETAIL GROUP, INC., *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of February 2019, upon considering the Comlish Objectors' Motion for attorneys' fees and incentive awards (ECF Doc. No. 342), without objection, and for reasons in the accompanying Memorandum, it is **ORDERED** the Comlish Objectors' Motion (ECF Doc. No. 342) is **GRANTED in part** and **DENIED in part**:

1. We **grant** the Motion to require, no earlier than **March 15, 2019**, the Claims Administrator release $78,000 from the Settlement Fund payable to the Competitive Enterprise Institute Center for Class Action Fairness; and,

2. We **deny** the Motion for $1000 incentive awards as the Comlish Objectors failed to adduce evidence of their efforts other than providing their name to lawyers.

_____
**KEARNEY, J.**