IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CAROL ROUGVIE, *et al.* | : | CIVIL ACTION |
|---|---|---|
| | : | |
| vs. | : | NO. 15-724 |
| | : | |
| ASCENA RETAIL GROUP, INC., *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of February 2019, upon considering the Defendants' Motion for disbursement of an additional $1.1 million in funds from the Settlement Fund above the $8 million cap in a reverter (ECF Doc. No. 343) approved on July 29, 2016 as fair and reasonable when the parties jointly represented a potential voucher redemption of up to $402 Million but now confirming redemptions of approximately $30 Million (including those who affirmatively requested vouchers before our July 29, 2016 Order), following oral argument, finding no basis to increase the disbursement of Settlement Funds reverting to the Defendants based on our final July 29, 2016 Order, and for reasons in the accompanying Memorandum, it is **ORDERED** Defendants' Motion for additional disbursement (ECF Doc. No. 343) is **DENIED** but nothing in this Order precludes the Claims Administrator from releasing the approved $8 Million from the Settlement Fund to the Defendants no earlier than **March 15, 2019.**

KEARNEY, J.