# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| CAROL ROUGVIE, *et al.* | : | CIVIL ACTION |
|---|---|---|
| | : | |
| vs. | : | NO. 15-724 |
| | : | |
| ASCENA RETAIL GROUP, INC., *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of February 2019, upon considering the Kallay Objectors' Motion for attorneys' fees and incentive compensation (ECF Doc. No. 346), Class Plaintiffs' Opposition (ECF Doc. No. 351), the Kallay Objectors' Reply (ECF Doc. No. 354), following oral argument, and for reasons in the accompanying Memorandum, it is **ORDERED** the Kallay Objectors' Motion (ECF Doc. No. 346) is **GRANTED in part** and **DENIED in part**:

1. The Motion is **granted** in part to provide no earlier than **March 15, 2019,** the Claims Administrator shall release $106,250 from the Settlement Fund payable to the Kallay Objectors' local counsel Mitts Law LLC. to distribute among counsel for the Kallay Objectors as agreed by them; and,

2. The Motion is **denied** to the extent the Kallay Objectors move for incentive compensation, having failed to show effort from an individual Kallay Objector warranting an award.

_____
KEARNEY, J.