IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CAROL ROUGVIE, *et al.* | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 15-724 |
| | : | |
| ASCENA RETAIL GROUP, INC., *et al.* | : | |

## ORDER

**AND NOW**, this 25th day of October 2019, upon reviewing the joint Motion for court approval of final accounting and final distribution (ECF Doc. No. 427) and concerned with the time billed by the Claims Administrator to "coordination and check verification" unsupported by our calculation of hours on attached timesheets which report differing times, it is **ORDERED** the Class Plaintiffs and the Claims Administrator shall file a supplemental affidavit no later than **October 30, 2019** specifically describing its work effort represented by "coordination and check verification" identified in Claims Administrator's invoices attached to the joint Motion (ECF Doc. No. 427).

_____
KEARNEY, J.